## UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

Luther Jernigan,

       Petitioner,

v.

Charles L. Ryan, et al,

       Respondents,

**JUDGMENT IN A CIVIL CASE**

CIV 08-0838-PHX-MHM

\_\_  **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

_X_  **Decision by Court.**  This action came for consideration before the Court.  The issues have been considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that pursuant to the Court's order of November 25, 2009, adopting the Magistrate Judge's Report and Recommendation and denying and dismissing the Amended Petition, judgment is hereby entered for Respondents.  Petitioner shall take nothing by way of the Amended Petition.  The Amended Petition for Writ of Habeas Corpus and action are hereby dismissed with prejudice.

| | |
|---|---|
| November 25, 2009 | RICHARD H. WEARE |
| Date | DCE/Clerk of Court |
| | |
| | By.   s/ Ruth E. Williams |
| |       Deputy Clerk |